## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: COLLEEN MEDINA (J)        CASE NO: 00-4154-SNOW
AUSA: BRUCE BROWN  /yes         ATTY: Robert Berube
AGENT:                          VIOL: PWID COCAINE
PROCEEDING I/A ON COMPLAINT     RECOMMENDED BOND PTD 25,000 CSB w/Nebbia
BOND HEARING HELD - yes/no      COUNSEL APPOINTED FPD

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

Advised of charges - sworn for apptmt of counsel

Bond hrg deferred - counsel will call when a hrg is required

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:  7-10  //  B55
                          REMOVAL HRG:
                          STATUS CONF:

Date: 6/26/00   Time 11:00   FTL/LSS TAPE #00- 034   Begin: 2484   End:

re-reel 650 - 687