UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55381-004

UNITED STATES OF AMERICA )
                Plaintiff )  Case Number: CR 00-4154-SNOW
                          )  REPORT COMMENCING CRIMINAL
        -vs-              )  ACTION
                          )
COLLEEN E. MEDINA         )
_____
        Defendant
*************************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 6-24-00          am/pm

(2)  Language Spoken:     ENGLISH

(3)  Offense(s) Charged:  PWID COCAINE

(4)  U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 9-14-56

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:   SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____  (9) Arresting Officer: _____

(10) Agency: DEA              (11) Phone: _____

(12) Comments: _____

