# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: COLLEEN MEDINA (J)   CASE NO: 00-6183-CR-DIMITROULEAS
AUSA: BRUCE BROWN /Rice   ATTY: MARTIN BIDWILL, AFPD  pres
AGENT: ___   VIOL: ___
PROCEEDING: BOND HEARING / ARRAIGNMENT   RECOMMENDED BOND: ___
BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: ___
BOND SET @: 25,000  10%   To be cosigned by: ___

*FILED JUN 3 0 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone, ___ x's a week/month in person.
- ☑ Random urine testing by Pretrial Services. ✓ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☑ Travel extended to: CO/CA
- ☐ Halfway House ___

*Stipulated bond set*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 7-17   11   Snow
DATE: 6/3/0/00   TIME: 11:00   FTL/LSS TAPE # 00 - 037   Begin: 1636   End: 1837