UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

COLLEEN MEDINA

ARRAIGNMENT INFORMATION SHEET

FILED by _____ C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:　　　　　　Address: _On bond form_____

　　　　　　　　　　　_____

　　　　　　　　　　　Telephone:_____

DEFENSE COUNSEL:　　Name:____FEDERAL PUBLIC DEFENDER____

　　　　　　　　　　　Address:_____

　　　　　　　　　　　_____

　　　　　　　　　　　Telephone:_____

BOND /SET/ CONTINUED: $ _25,000_  _10%_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __30TH__ day of __JUNE_____, 2000.

　　　　　　　　　　　CLARENCE MADDOX
　　　　　　　　　　　COURT ADMINISTRATOR/CLERK OF COURT

　　　　　　　　　　　By: _Jenny Butler_____
　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　Tape No. __00- _037_____

cc: Copy for Judge
　　U. S. Attorney

