HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT **COLEEN MEDINA**　　　　　　　　CASE NO: **00-6183-CR-DIMITROULEAS**

AUSA **BRUCE BROWN** /Rice　　　　　ATTY **FPD** Bidwill

　　JOHNNY HURTADO - Jim Eisenberg, Esq. ↑Stood in

　　NICHOLAS DIAZ - Scott Suskauer, Esq. pres

00-05
@ 38'1

DEFT_____CASE NO:_____

AUSA Gov't ready - Discovery out - Not rec'd
possible plea on Medina
Motions due Aug 1 - M/to cont has
DEFT been filed by DIAZ CASE NO:_____

AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DEFT_____CASE NO:_____
AUSA_____ATTY_____

DATE  **7-18-00**　　　　　　　　　　TIME **11:00**