UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

COLEEN MEDINA, et al., :

    Defendants. :



FILED by _____ D.C.

JUL 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on July 18, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was mailed on July 8, 2000, except for the DEA lab report.

    2. Counsel for the defendant shall have until August 1, 2000, within which to file pretrial motions.

    3. This case may be resolved by way of guilty pleas.

DATED at Fort Lauderdale, Florida, this 20th day of July, 2000.

                                        _____
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bruce Brown (FTL)
Scott Suskauer, Esq.
James Eisenberg, Esq.
AFPD Bidwell (FTL)

