## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6183-CR-WPD    DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Medina and Hurtado

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Marty Bidwill & James Eisenberg

REASON FOR HEARING: Calendar Call / Status Cnf.

RESULT OF HEARING: Deft Medina will enter change of plea after calendar call.

Deft Hurtado not present. Warrant has been previously issued.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____