**CRIMINAL MINUTES**

FILED by /tw/ D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6183-Cr-WPD    DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Colleen Medina

U.S. ATTORNEY: ~~Bruce Brown~~ Kathleen Rice for    DEFT. COUNSEL: Marty Bidwill

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to plead guilty to Count 1. Gov't to dismiss Count 2 at time of sentencing.

JUDGMENT: _____

CASE CONTINUED TO: 10/13/00    TIME: 11:30    FOR: Sentencing
MISC: written plea agreement filed.

