UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS
Magistrate Judge Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLLEEN MEDINA,

    Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO
## PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the defendant, Colleen Medina, through her undersigned counsel, and pursuant to Administrative Order 95-02, and files the following objections to the Presentence Investigation Report ("PSI") prepared in the instant case:

1. In paragraphs 18 and 25 of the PSI the probation office finds that the defendant is not entitled to a role adjustment under § 3B1.2. The defendant objects to this finding and requests a downward adjustment for being a minor participant in the offense. The defendant was merely a courier, and was therefore less culpable than most other participants in the offense. Consequently, a minor role adjustment is warranted.

2. In paragraph 30 of the PSI, the probation office fails to provide the defendant a 3 level adjustment for acceptance of responsibility. The defendant objects to that finding. She is entitled

1

to a 3 level downward adjustment as she has fully accepted responsibility for the offense. The undersigned has spoken with United States Probation Officer Kathryn Gomez who has advised that, based on the defendant's participation in drug counseling through pre-trial services, she will be awarding the defendant a three level adjustment for accepting responsibility.

WHEREFORE the defendant prays that the court sustain her objections to the pre-sentence investigation report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22nd day of September, 2000, to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Kathryn Gomez, U.S. Probation Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____

Martin J. Bidwill

2