UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLLEEN MEDINA,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW, the defendant, by and through the undersigned attorney, and files the attached letters, which letters the defendant would ask the Court to consider in passing sentence in this cause.

            Respectfully submitted,

            KATHLEEN M. WILLIAMS
            FEDERAL PUBLIC DEFENDER

By: _____
    Martin J. Bidwill
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 868795
    400 Australian Avenue North, #300
    West Palm Beach, FL 33401
    (561)833-6288/ 833-0368 (Fax)

1



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned objections was mailed on this 12th day of October, 2000, to Bruce Brown, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394; Kathryn Gomez, United States Probation Office, 299 East Broward Boulevard, Fourth Floor, Fort Lauderdale, Florida 33301.

Martin J. Bidwill

September 18, 2000

Honorable William P. Dimitrouleas
U.S. District Judge
Fort Lauderdale, FL 33301

Dear Honorable William Dimitrouleas,

My name is Christine Joseph and I am 34 years old and a single mother of 3 children. I've had the chance & good fortune to meet and become good friends with Colleen Medina.

I met Colleen shortly after my divorce almost 4 years ago. It was the start of my new life. I was scared and pretty much on my own. Colleen was one of 13 or so fellow co-workers at which was to be my first real job in 10 years. With Colleen's guidance and support I rose in the company to #1 new sales person. She really taught and inspired me to do my best and succeed.

During the 4 years I've known and worked with Colleen, I not only gained a wonderful friend but a person who always was there for me. Unfortunately, I didn't see that even during my hard times, Colleen was having hard times of her own.

Colleen never dwelled on her problems and troubles, but always comforted me and made me stronger and confident with her constant praise and inspirational words. She has a tremendous gift to listen, analyze and give loving advice no matter what the situation. I wish I could have done the same for her.

I believe that Colleen has a very bright future ahead of her with a lot of good to offer her daughter, Nicole and granddaughter, Odyssey but her friends too.

I fully and totally support Colleen during these difficult times ahead of her and I know in my heart and soul she is a truly good person despite her mistakes. I hope you see it in your position and authority to be as forgiving as possible and to let Colleen serve her sentence as briefly as possible. I know she is a good person and hope she doesn't suffer too much and can be set free to do more good to the people that surround and love her very much.

I love Colleen Medina with all my heart and I look forward to the day I can once again hold her, hug her and keep her faith strong. As she had done for me and so many others she has touched in her life.

Thank you for your consideration.

*Christine*

Christine Joseph
(909) 928-5623 home
(909) 694-5596 work

Hon William P Dimitrouleas
US District Judge
299 East Broward Blvd
Ft Lauderdale, FL 33301

re: Colleen Medina                                        10-5-00

I have known Colleen for over 30 years. Both of our families are very close. We are all shocked and very disappointed at the path she has recently taken. It is so out of character for her and a disbelief to us all. I don't know what could have been going through her head for her to take this path as with all of the members in both of our families. We can't understand why. I hope that her time away will be a redirection in her way of thinking and doing and taking the path that she'll most benefit from. I hope that her attorney and also you Judge Dimitrouleas take or should I say give alot of consideration to the good she has also done. I know as a friend and family member she'll be greatly missed. Her granddaughter adores her and will be affected the most. We all hope you're lienient in making your decision on her sentence. She is aware of all of the consequences she will face and hopes that this time will broaden her way of thinking and keep her on the right path she will be placed on. It is sad to see these chains of events unfolding in

in her life, but they say, accidents don't happen — people do. We all hope that when she does get sentenced it will be the minimum required by law for this crime.

Sincerely,

Darlene Reese



**STEVEN ENTERPRISES, INC**

Hon. William P. Dimitrouleas
U.S. District Judge
299 East Broward Blvd.
Fort Lauderdale, Fl 33301

Dear Sir:

My name is Mark Castaneda and I have known Colleen for over 6 years. I also have been her direct supervisor for the past 4 years.

During the time I have known Colleen she has shown a very good responsibility and attitude toward her job and fellow employees, and is an asset to her department.

Personally I know Colleen to be a good friend and a person with a big heart who is always willing to help someone out.

My family will pray for her and hope that she will follow in God's plan.

*Mark Castaneda*

Mark Castaneda
Office Manager
Steven Enterprises

STEVEN ENTERPRISES, INC
23461 Ridge Route Dr. • Suite F
Laguna Hills, CA 92653-1529

Reprographic Equipment
Sales • Service • Supplies

Toll Free: 800-491-8785
Phone: 949-595-4142
Fax: 949-595-4143

9-13-00
Sue DeWeese
810 N. Parkcenter Drive
#53
Santa Ana, Ca 92705

William P. Dimitrouleas
U.S. District Judge
299 East Broward Blvd
Fort Lauderdale, Fl. 33301

Dear Sir:
I have known Coleen Medina for a total of 8 years. I have found Coleen to be honest, sincere & upstanding as a neighbor in our community. Coleen has always been a hard worker dedicating herself to her job & her family.

Sincerely,
Sue DeWeese

October 5, 2000

Honorable William P. Dimitroleas
U.S. District Judge
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Re: Colleen Medina

In the 10 years that I have known Colleen, we both have been through some rough times and she has always been there to lend an ear. She is a very supportive, caring and kind person. I'm sad to see that she made a terribly wrong mistake unknown to anyone but herself. I'm sure that no other unlawful mistake will be made in the future. Colleen has many friends and family(daughter/granddaughter) that care and love her very much and she will be in our thoughts daily. I hope that once this bad dream is over for her, she gets on with her life with her family and friends.

Thank You

Don Diumenti
24662 Rollingwood
Lake Forest, CA 92630

Larry L. Laird
401 S. Claudina St. #7
Anaheim, CA 92805

August 26, 2000

The Honorable William P. Dimitrouleas
U.S District Judge
299 East Broward Blvd.
Fort Lauderdale, FL 33301

**RE: Colleen Medina**

While my association with Ms. Medina has been only work related, I have come to know and regard her as a very decent, caring human being. Ms. Medina's business acumen and foresight was always of the highest professional nature as was the competence and skill shown regarding her office duties or her relationships with customers and co-workers. Ms. Medina's sunny disposition and helpful personality would be something not easily replaced and is highly valued by myself and others.

Sincerely,

Larry L. Laird, Technical Field Engineer

September 17, 2000

Honorable William P. Dimitrouleas
U.S. District Judge
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Dear Sir:

I have worked with Colleen Medina for the last 6 months and have come to find her to be an extremely loyal and hard worker. She enjoys her work and gave excellent customer service and was will liked by her customers. She is very knowledgeable about her job and took excellent care of her customers, building up a large following. I found her to be very helpful to her fellow workers and shared her knowledge freely with others.

If someone needed help with cleaning up the kitchen after Company meetings, etc. You could always count on Colleen to be the first to help.

I found her to be extremely truly heartbroken, ashamed and repentant over the situation she allowed herself to get into. I feel she has learned a lesson that she will not repeat.

I am glad to have had to opportunity to work with her.

Linda Totora

*/Linda Totora/*

24701 Raymond Way #25
Lake Forest, Ca. 92630

Hon. William P. Dimitrouleas  
U.S. District Judge  
299 E. Broward Blvd.  
Fort Lauderdale, FL 33301

10-06-00

I have known and worked with Colleen Medina for more than a year now. She has always been a good friend, honest person, and a loyal co-worker. I have to say that I was disappointed when I heard of what she had done, but I do feel that she is truly sorry for her actions and in waiting for her sentencing has learned the hardest lesson in life, one I hope she never experiences again. Colleen has many friends and a daughter and a granddaughter who will be waiting for her return. Until then I wish her all the best.

Sincerely,

Linda Flores

Linda Flores  
3955 W. McFadden Apt. A  
Santa Ana, CA 92704

C/O Steven Enterprises, Inc.
23461 Ridge Route Dr. Suite F
Laguna Hills, Ca 92653

August 9, 2000

Hon. Wm P. Dimitrouleas
U.S. Disctrict Judge
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Re: Colleen Medina

Dear Hon. Wm P. Dimitrouleas,

I have known and worked with Colleen Medina for the past ten months. She is a caring and good hearted individual. At work she is detailed, organized and customer oriented.

She loves her daughter and adores her grand daughter. She is a hard working single mother/grandmother who tries to make the ends meet. As a friend she is a joy to be with. I wish she learns and recovers from her mistakes and starts a new true path in her life with God by her side.

Sincerely,

Sylvia Sanasarian
Accounting Manager
Steven Enterprises

SS/

October 5, 2000

Honorable William P. Dimitrouleas
U.S. District Judge
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Re: Colleen Medina

I've known Colleen for over 4 years now, and I'm absolutely shocked that the Colleen I know would go as far as to do what she did. Colleen is a very caring, understanding, thoughtful, hard working and most of all very remorseful for what she has done. I absolutely do not agree with what she did, but I hope and pray that you will be lenient on her sentencing.
Colleen is a good mother, a wonderful grandmother and has always been a great friend. I hope and pray when she gets out and we see her here back at work her life will all be back in order.

Thank You

Debbie Clark

To Whom it May Concern:

My name is Jeannine Lynen and I am writing to you in reference to Colleen Medina. I have known Colleen for over thirty years with both of our families being very close.

I am very shocked and disappointed at the path Colleen has recently taken. It is so out of character for her and a disbelief to us all. I and all of the members in both of our families do not know what could have been going through Colleen's head for her to take this path. We cannot understand why!?

I hope that Colleen's time away will redirect her way of thinking and hold her on the path that will benefit her the most. I hope that her attorney and the judge give leniency when Colleen is sentenced.

Colleen is aware of the consequences she will be faced with and hopes that she will broaden her mind to accepting all she is faced with.

It is so sad to see these chains of events unfolding in Colleen's life but I, and her family, do accept the changes. We hope that the time given upon sentencing B will not be years

We all hope that you and the courts will
take your time to consider all options avail-
able to Colleen and sentence her with the
minimal sentencing required by the law.

Sincerely
Jeannie Lynch

TO: THE HONORABLE W.P. DIMITROULOUS
FROM: HECTOR DE LA REE

SUBJ: CHARACTER REFERENCE

DEAR SIR,

    I AM WRITING THIS LETTER ON BEHALF OF COLLEEN MEDINA. I HAVE KNOWN COLLEEN FOR THE PAST (3) YEARS, PROFESSIONALLY AND HAVE GROWN TO LIKE HER, AS A GOOD FRIEND. COLLEEN'S LIFE IS HER GRANDDAUGHTER AS WELL AS, HER WORK IN SELLING MERCHANDISE. SHE HAS RAISED HER GRANDDAUGHTER ALMOST AS HER OWN DAUGHTER. BOTH HER DAUGHTER & GRAND-DAUGHTER ARE HER LIFE BLOOD, FINANCIALLY AND MORALLY. SHE HAS BEEN A RESPONSIBLE MOTHER & GRANDMOTHER TO BOTH.

    I KNOW COLLEEN, IS BOTH REMORSEFUL AND WORRIED ABOUT HER FATE AS SHE SHOULD BE. SHE MADE A WRONGFUL DECISION WITHOUT CONSIDERING WHO SHE MIGHT HURT BESIDES HERSELF. COLLEEN'S DECISION WAS BORN OUT OF FRUSTRATION FROM A FAILED MARRIAGE & FINACIAL TROUBLES.

    I DO NOT CONDONE WHAT SHE DID OR TRY TO UNDERSTAND HER LOGIC OR REASONING, ONLY SHE CAN. COLLEEN, SHOULD BE ACCOUNTABLE FOR HER ACTIONS, BUT I PRAY SHE WILL NOT GIVE UP BEING THE RESPONSIBLE PARENT AND PROFESSIONAL I KNOW SHE IS.

    I HOPE THE COURT WILL GRANT HER THE PRIVILEGE TO BE NEAR THE TWO PEOPLE MOST DEAR TO HER.

SINCERELY,

*[signature]*

HECTOR DE LA REE