## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

COLLEEN E. MEDINA,

          Defendant.

_____/



### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Objections to the Pre-Sentence Investigation Report. The United States of America requests this Court to overrule defendant's objections and in support of said request states the following:

1. With respect to defendant's objection to the probation officer's failure to award the defendant a minor role adjustment, the government agrees with and defers to the probation officer's response articulated in the Addendum to the Pre-Sentence Report filed on October 6, 2000.

2. With respect to defendant's objection to the probation officer's failure to award the defendant a three level adjustment for acceptance, the government acknowledges that the defendant is entitled to a three level adjustment and agrees with and defers to the probation officer's response



articulated in the Addendum to the Pre-Sentence Report filed on October 6, 2000.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By:

                    Bruce O. Brown
                    Assistant United States Attorney
                    Florida Bar No. 999490
                    500 East Broward Blvd., Suite 700
                    Fort Lauderdale, FL 33394
                    TEL: (954) 356-7255
                    FAX: (954) 356-7336
                    E-MAIL: bruce.brown2@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 561 833 0368) this 12th day of October, 2000 to: Martin J. Bidwill, Esquire, Assistant Federal Public Defender, 400 Australian Avenue North, Suite 300, West Palm Beach, Florida 33401.

Bruce O. Brown
Assistant United States Attorney

2