MEDINA 5K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
vs. )
)
COLLEEN E. MEDINA, )
)
Defendant. )
_____)

**NIGHT BOX FILED**
**OCT 1 2 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to 18 U.S.C. § 3553(e), and § 5K1.1 of the Sentencing Guidelines, the United States of America moves for a downward departure of Colleen E. Medina's guideline range, based on the substantial assistance she has provided to the Government. The defendant has provided substantial assistance in the investigation and prosecution of others involved in criminal activity, including drug trafficking. The information provided by the defendant has been truthful and reliable. The defendant has provided assistance in a timely manner. The United States will make the full nature and extent of Defendant's cooperation known at sentencing.

WHEREFORE, the United States respectfully requests that this



Court depart downward from Colleen E. Medina's guideline sentence range for the substantial assistance she has provided.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
Assistant U.S. Attorney
500 East Broward Blvd., #700
Ft. Lauderdale, Florida 33301
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 999490

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile (Facsimile # 561 833 0368) this 12th day of October, 2000, to: Martin J. Bidwill, Esquire, Assistant Federal Public Defender, 400 Australian Avenue North, Suite 300, West Palm Beach, FL 33401.

_____
BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY