## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6183-CR-WPD    DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Colleen Medina

U.S. ATTORNEY: Kerry Baldwin    DEFT. COUNSEL: Martin Bidwill
for Bruce Brown

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
18 months BOP, 5 years supervised
release, no fine, $100.00 assessment.
Deft remanded to custody.
Crt recommends designation to Dublin, California
& that deft receive 500 hr. BOP drug

JUDGMENT: treatment program.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft's M/Downward Departure is granted.
Deft Informed of right to appeal.