UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

COLLEEN MEDINA

MOTION FOR DISBURSEMENT OF BOND

_____/

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by CLAUDIA BOND in the amount of $ 2500.00 plus any accrued interest be refunded to:
CLAUDIA BOND (see below)
(Payee and Mailing address for check)

The beneficiary's social security or tax identification number is as follows:

CLAUDIA BOND
(Name of Beneficiary)

13220 Greenstone Avenue
(Address for mailing of Form 1099)

Norwalk            CA       90650
(City)           (State)    (Zip)

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
(SS or Tax Identification)

Claudia Bond
(Petitioner or Attorney)

O R D E R

In consideration of the foregoing motion, it is thereupon ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
DONE AND ORDERED at Ft. Lauderdale , Florida, this 27 day of July ,2001.

WILLIAM P. DIMITROULEAS
U. S. DISTRICT COURT JUDGE

cc: U. S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk

